UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:
  BRIAN TODD POINTER             )
  ELIZABETH LOUISE POINTER       )     CASE NO. 14-80287-JJG-13
  Debtors,                       )

## MOTION TO MODIFY CHAPTER 13 PLAN
## AND NOTICE OF OBJECTION DEADLINE

The Debtors, Brian Todd Pointer and Elizabeth Louise Pointer, by counsel, James R. Wiesneth Jr., hereby move the Court, pursuant to 11 U.S.C. §1329, to modify the plan that was confirmed on November 6, 2014 as follows:

1. That on March 31, 2014, the Debtors filed a Voluntary Petition for Chapter 13 Bankruptcy in this Court along with a 60 month Plan;

2. That the Debtors' current Chapter 13 Plan requires for a Plan payment of $1,500.00 per month for sixty (60) months;

3. That on November 6, 2014 this Court confirmed Debtors' Chapter 13 Plan;

4. That there has been a change in income for the Debtors. Brian Todd Pointer has had a change of employment and his income has decreased;

5. Therefore, the Debtors pray for a modified plan that reflects $21,900.00 for the first nineteen (19) months, and then $1,500.00 per month (beginning October 2015) for seventeen (17) months, then $1,775.00 per month (beginning February 2017) for the remaining twenty-four (24) months of this sixty (60) month Chapter 13 Plan for a base amount of $90,000.00;

6. All other terms and conditions remain in full force and effect.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those note required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
352 Federal Building
101 NW Martin L. King, Jr. Blvd.
Evansville, IN  47708

The objecting party must ensure delivery of the objection to the party filing the motion, (the trustee – if not the movant or the objector)(and the debtor – if not the movant or the objector).  **If an objection is NOT timely filed, the requested relief may be granted.**

    WHEREFORE, the Debtors Brian Todd Pointer and Elizabeth Louise Pointer, by counsel, James R. Wiesneth Jr., respectfully prays the Court to enter an Order Modifying Chapter 13 Plan for the reasons stated herein and for all other just and proper in the premises.

Respectfully submitted,

/s/ James R. Wiesneth Jr.
James R. Wiesneth Jr.
Attorney for Debtors
P.O. Box 3148
Terre Haute, IN 47803
(812) 234-4300
(812) 234-4303  (fax)
e-mail: jrw@wiesnethlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, a copy of the foregoing Motion to Modify Chapter 13 Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Donald L. Decker, Chapter 13 Trustee
ecfmail@decker13trustee.com

Office of U.S. Trustee
Ustpregion10.in.ecf@usdoj.gov

I further certify that on or about September 2, 2015, a copy of the foregoing Motion to Modify Chapter 13 Plan was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to those on the attached matrix:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-2<br>Case 14-80287-JJG-13<br>Southern District of Indiana<br>Terre Haute<br>Wed Sep  2 02:09:18 EDT 2015 | ACB American, Inc.<br>4351 Winston Ave<br>PO Box 2548<br>Cincinnati, OH 45201-2500 | Advanced Recovery<br>P.O. Box 3689<br>Terre Haute, IN 47803-0689 |
| Advanced Recovery Services<br>PO Box 2428 - ARS<br>Indianapolis, IN 46206-2428 | Alliance One<br>4850 Street Rd<br>Suite 300<br>Feasterville Trevose, PA 19053-6643 | Alliance One<br>PO Box 3104<br>Southeastern, PA 19398-3104 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Atty Jennifer R. Fitzwater<br>111 Monument Circle, #3400<br>PO Box 44942<br>Indianapolis, IN 46244-0942 | BP<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Bowman, Heintz, Boscia & Vician<br>8605 Broadway<br>Merrillville, IN 46410-5598 | Bureaus Investment Group Portfolio NO 15<br>1717 Central St.<br>Evanston, IL 60201-1507 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| C Michael Knepper, DDS<br>3965 South Regional Street<br>Terre Haute, IN 47802-5504 | (c)CAC FINANCIAL CORP<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK  73112-7236 | CCS, Inc.<br>3135 Wabash Ave<br>Terre Haute, IN 47803-1517 |
| CREDIT FIRST N A<br>PO BOX 818011<br>CLEVELAND OHIO 44181-8011 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Capital One<br>c/o Bowman, Heintz, Boscia & Vician PC<br>8605 Broadway<br>Merrillville, IN 46410-7033 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Chase<br>Po Box 71<br>Phoenix, AZ 85001-0071 | Citi-bp Oil<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | CitiFinancial<br>3950 Regent Blvd, S2A-283<br>Irving, TX 75063-2244 |
| CitiMortgage<br>1000 Technology Dr.<br>O Fallon, MO 63368-2240 | Citifinancial<br>8721 US 31 S.<br>Indianapolis, IN 46227-6252 | Citifinancial<br>PO Box 70919<br>Charlotte, NC 28272-0919 |
| Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | Columbia-CCS, INC<br>PO Box 10303<br>Terre Haute, IN 47801-0303 | Comenity Bank<br>PO Box 659704<br>San Antonio, TX 78265-9704 |

| | | |
|---|---|---|
| Comenity Bank/Buckle<br>Attn: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 | Credit First<br>PO Box 81344<br>Cleveland, OH 44188-0001 | Credit One<br>PO Box 60500<br>City Of Industry, CA 91716-0500 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | David M Giltner  DDS<br>300 College Avenue<br>Terre Haute, IN 47802-1031 |
| Dr. Kathleen D. Coutinho, MD<br>1429 North 6th Street, Suite 2<br>Terre Haute, IN 47807 | Dr. Kenneth J. Crane<br>1606 North 7th Street<br>Terre Haute, IN 47804-2706 | EQUIFAX<br>ATTN: PUBLIC RECORDS DEPT.<br>PO BOX 740241<br>ATLANTA, GA 30374-0241 |
| EXPERIAN<br>ATTN: PUBLIC RECORDS DEPT.<br>PO BOX 9701<br>ALLEN, TX 75013-9701 | Federal National Mortgage Association<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | Federal National Mortgage Association<br>c/o Seterus<br>PO box 2206<br>Grand Rapids, MI 49501-2206 |
| Firestone<br>PO Box 81344<br>Cleveland, OH 44188-0001 | First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 | First Usa/Chase<br>Chase Card Services/Attn: Bankruptcy Dep<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Frontier<br>2901 N. Central Ave Ste 1660<br>Phoenix, AZ 85012-2700 |
| Furniture Row<br>PO Box 15521<br>Wilmington, DE 19850-5521 | Furniture Row<br>PO Box 703<br>Wood Dale, IL 60191-0703 | GECRB/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GEMB/Walmart<br>PO BOX 103104<br>Roswell, GA 30076-9104 | GMAC Mortgage<br>PO 622<br>Attn: Bankruptcy Dept<br>Waterloo, IA 50704-0622 | GMAC Mortgage,LLC<br>c/o Atty Jerlyn S. Southwick<br>251 N.Illinois St,Suite 1700<br>Indianapolis, IN 46204-1944 |
| Gemb/Walmart<br>Po Box 981084<br>El Paso, TX 79998-1084 | Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | HEIGHTS FINANCE CORP.<br>P.O. BOX 225<br>ANDERSON IN 46015-0225 |
| HSBC Beneficial<br>PO Box 4153<br>Carol Stream, IL 60197-4153 | HSBC/Furniture Row<br>PO BOX 15521<br>Wilmington, DE 19850-5521 | Heights Finance<br>2117 Wabash Avenue<br>Terre Haute, IN 47807-3303 |

| | | |
|---|---|---|
| Heights Finance Corp<br>1207 Missouri Avenue<br>West Plains, MO 65775-2105 | Heights Finance Corp<br>7707 N. Knoxville Ave #201<br>Peoria, IL 61614-2014 | Heights Finance Corporation<br>PO Box 3656<br>Terre Haute, IN 47803-0656 |
| Hilco Receivables/Equable Ascent Financi<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089-1970 | Hilco Recievables<br>5 Revere P. Ste 510<br>Northbrook, IL 60062 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Hsbc Frnrw<br>Hsbc Card Services<br>Po Box 5264<br>Carol Stream, IL 60197-5264 | Hsbc/elder<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | Huntington National Bank<br>7 Easton Oval, EA4W122<br>Columbus, OH 43219-6060 |
| Huntington National Bank<br>Attn: Bankruptcy Dept<br>2361 Morse Road<br>Columbus, OH 43229-5891 | Huntington National Bank<br>PO Box 5065, NE01<br>Cleveland, OH 44101-0065 | Huntington Natl Bk<br>Po Box 89424<br>Cleveland, OH 44101-6424 |
| Illiana Internal Medicine<br>1332 North 7th Street<br>Terre Haute, IN 47807-1004 | Indiana Department of Revenue<br>100 North Senate Avenue<br>Room N 203 Bankruptcy<br>Indianapolis, IN 46204 | Indiana Department of Revenue, Bankruptcy Se<br>100 N Senate Ave., RM N240<br>Indianapolis, IN 46204-2231 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase Bank NA<br>c/o CT Corporation Systems<br>251 E. Ohio St., Suite 1100<br>Indianapolis, IN 46204-2147 | James A. West, PC<br>6380 Rogerdale Rd. Suite 130<br>Houston, TX 77072-1624 |
| LVNV Funding, LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Leading Edge<br>5440 N. Cumberland Avenue, Ste 300<br>Chicago, IL 60656-1486 |
| Leading Edge Recovery Solutions<br>PO Box 129<br>Linden, MI 48451-0129 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | MCM<br>PO Box 60578<br>Los Angeles, CA 90060-0578 |
| Medlab Inc.<br>P.O. Box 9359<br>Terre Haute, IN 47808-9359 | Midland Credit Management<br>8875 Aero Dr Suite 200<br>San Diego, CA 92123-2255 | Midland Credit Mgmt<br>Dept 12421<br>PO Box 603<br>Oaks, PA 19456-0603 |
| Midland Funding LLC<br>Dept. 12421 PO Box 603<br>Oaks, PA 19456-0603 | NARS<br>PO Box 701<br>Chesterfield, MO 63006-0701 | Plains Commerce Bank<br>Po Box 1059<br>Aberdeen, SD 57402-1059 |

| | | |
|---|---|---|
| Portfolio Investments<br>3115 East Lion Lane<br>Suite 300<br>Salt Lake City, UT 84121-3527 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696-8208 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Regional Family Medical<br>2250 E. Wabash Ave<br>Terre Haute, IN 47807-3317 |
| Seterus, Inc. as authorized subservicer for<br>c/o Seterus, Inc.<br>PO Box 2206<br>Grand Rapids, MI 49501-2206 | Simm Associates<br>800 Pencader Dr.<br>Newark, DE 19702-3354 | Simm Associates<br>PO BOX 7526<br>Newark, DE 19714-7526 |
| Terre Haute Med Lab Inc<br>PO Box 2005<br>Indianapolis, IN 46206-2005 | Terre Haute Med Lab Inc.<br>PO Box 9359<br>Terre Haute, IN 47808-9359 | Terre Haute Medical Lab, Inc<br>1606 N. 7th St.<br>Terre Haute, IN 47804-2706 |
| The Bureaus<br>1717 Central St.<br>Evanston, IL 60201-1507 | The Bureaus Inc.<br>Attention: Bankruptcy Dept.<br>1717 Central St.<br>Evanston, IL 60201-1507 | Trans Union Corporation<br>ATTN: Public Records Department<br>PO BOX 2000<br>Chester, PA 19016-2000 |
| U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | UAP Clinic LLC<br>221 S 6th Street<br>Terre Haute, IN 47807-4214 |
| UAP Clinic LLC<br>75 Remittance Dr., Suite 6532<br>Chicago, IL 60675-6532 | US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Union Hospital<br>PO Box 2505<br>Indianapolis, IN 46206-2505 |
| Union Hospital Medical Group - RAD<br>1606 N. 7th Street<br>Terre Haute, IN 47804-2706 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Vigo County Treasurer<br>191 Oak Street<br>Terre Haute, IN 47807-2980 |
| Wiesneth Law Offices, PC<br>PO Box 3148<br>Terre Haute, IN 47803-0148 | Zwicker and Associates<br>80 Minuteman Road<br>Andover, MA 01810-1008 | gemb/Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 |
| hsbc<br>PO Box 60146<br>City of Industry, CA 91716-0146 | hsbc/Elder Beerman<br>Dept 7680<br>Carol Stream, IL 60116-0001 | hsbc/Elder Beerman<br>PO Box 5253<br>Carol Stream, IL 60197-5253 |

| | | |
|---|---|---|
| Brian Todd Pointer<br>663 Durkee's Ferry Rd<br>West Terre Haute, IN 47885-9378 | Donald L Decker<br>Office of Donald L. Decker<br>PO Box 9237<br>Terre Haute, IN 47808-9237 | Elizabeth Louise Pointer<br>663 Durkee's Ferry Rd<br>West Terre Haute, IN 47885-9378 |

James Raymond Wiesneth Jr.
James R. Wiesneth Jr.
2901 Ohio Boulevard, Suite 220
P.O. BOX 3148
Terre Haute, IN 47803-0148


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | |
|---|---|
| Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


CAC Financial Corp
2601 NW Expressway, Suite 1000 East
Oklahoma City, OK 73112


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)Seterus, Inc. as authorized subservicer fo | (d)Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | End of Label Matrix<br>Mailable recipients    123<br>Bypassed recipients      2<br>Total                  125 |

<u>/s/ James R. Wiesneth, Jr.</u>
James R. Wiesneth, Jr.
Attorney for the Debtors
